# United States Bankruptcy Court
## Middle District of Florida

In re  **Tijuana Flats #176, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Tijuana Flats #176, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Tijuana Flats Restaurants, LLC**  
**2300 Maitland Center Pkwy.**  
**Ste. 306**  
**Maitland, FL 32751**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April 19, 2024** | **/s/ Richard R. Thames** |
| Date | **Richard R. Thames** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Tijuana Flats #176, LLC** |
| | **Thames \| Markey** |
| | **50 North Laura Street** |
| | **Suite 1600** |
| | **Jacksonville, FL 32202** |
| | **904-358-4000 Fax:904-358-4001** |
| | **rrt@thamesmarkey.law** |