UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )

TIJUANA FLATS #176, LLC, a Florida ) Case No.: 3:24-bk-01122-BAJ
limited liability company,[1]
) Chapter 11
Debtor.
)

## CERTIFICATION OF AUTHORIZATION TO FILE CASE

In accordance with Local Rule 1074-1(b), Debtor, Tijuana Flats #176, LLC, a Florida limited liability company gives notice of the filing of the attached resolutions authorizing the filing of this Chapter 11 case.

THAMES | MARKEY

By /s/ Richard R. Thames
Richard R. Thames

Florida Bar No. 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 Facsimile
rrt@thamesmarkey.law

Attorneys for Tijuana Flats #176, LLC

---

[1] The Federal Employer Identification Number of the Debtors are Tijuana Flats #176, LLC (45-4775435) and Tijuana Flats Restaurants, LLC (47-4472442). The principal place of business of Tijuana Flats #176, LLC is 2025 Riverside Avenue, Suite 4, Jacksonville, Florida 32204 and the principal address of Tijuana Flats Restaurants, LLC is 2300 Maitland Center Parkway, Suite 306, Maitland, Florida 32751.

## Certificate of Service

I hereby certify that on April 19, 2024, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files System, which will send a notice of electronic filing to all parties who have consented to receiving electronic notifications in this case.

*/s/ Richard R. Thames*
_____
Attorney

[819750/1]                                    -2-

## UNANIMOUS WRITTEN CONSENTS TO RESOLUTIONS BY THE SOLE MANAGER AND MEMBER OF TIJUANA FLATS #176, LLC

The adoption of the following resolutions is consented to by the undersigned, who is the sole Member and Manager of Tijuana Flats #176, LLC, a Florida limited liability company (the "Company"):

WHEREAS, it is in the best interest of the Company to file a voluntary petition for reorganization in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code; it is

RESOLVED, that Joseph D. Christina, as Manager and CEO, and David A. Pearl, as CFO, are authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 bankruptcy case on behalf of the Company; and it is

FURTHER RESOLVED, that Joseph D. Christina and David A. Pearl are authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, as needed, and to otherwise do and perform all acts and deeds on behalf of the Company in connection with such bankruptcy case; and it is

FURTHER RESOLVED, that the Company is authorized and directed to employ the law firm of Thames | Markey as its bankruptcy counsel to represent the Company in such bankruptcy case; and it is

FURTHER RESOLVED, that Joseph D. Christina be and is hereby authorized to cause the Company to employ such other counsel, financial advisers, investment bankers, accountants and restructuring advisors and other professionals as is appropriate in connection with the bankruptcy case and all related matters; and it is

FURTHER RESOLVED, that Joseph D. Christina and David A. Pearl be and are hereby authorized to perform or cause to be performed all such other acts and deeds which may be necessary to implement the foregoing resolutions.

[819340/1]

IN WITNESS WHEREOF, the undersigned being the sole Manager of the Company, hereby waives notice of them time, place and purpose of the adoption of the foregoing resolutions and the taking of the foregoing actions.

TIJUANA FLATS RESTAURANTS, LLC

By _____
Joseph D. Christina,
Its Manager

[819340/1]